CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for ESCADA US Subco, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------- :x
In re:                                          :    Chapter 11
                                                :
ESCADA (USA), INC.,                             :    Case No. 09-15008 (SMB)
                                                :
                        Debtor.                 :
                                                :
-------------------------------------------------------------------- x
```

<u>NOTICE OF FILING OF</u>
<u>FINAL LIST OF ASSUMED CONTRACTS</u>

   **PLEASE TAKE NOTICE** that on January 7, 2010, the Court entered its *Order*

*Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006*

*(i) Approving the Sale of Substantially All of the Debtor's Assets, (ii) Authorizing the Debtor to*

*Enter into Agreement in Connection Therewith, (iii) Approving the Assumption and Assignment,*

*or Rejection of Executory Contracts and Unexpired Leases and (iv) Related Relief* [Docket No.

200] (the "<u>Sale Order</u>"). The Sale Order requires the Purchaser to file with the Court no later

than ten (10) days after the Closing a list of Assumed Contracts and rejected Contracts. *See* Sale

Order ¶ 11.

   **PLEASE TAKE FURTHER NOTICE** that the Closing occurred on January 15,

2010. In accordance with the Sale Order, ESCADA US Subco, LLC hereby files the Final List

of Assumed Contracts, attached hereto as <u>Exhibit A</u>.

Dated: January 25, 2010
New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By: /s/  Sean A. O'Neal
     Sean A. O'Neal, Esq.
     Member of the Firm
     One Liberty Plaza
     New York, New York 10006
     Telephone:    (212) 225-2000
     Facsimile:     (212) 225-3999

     *Attorneys for Escada US Subco LLC.*

**EXHIBIT A**

## Assumed Contracts

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| 1412 OWNER LLC | C/O Murray Hill Properties LLC<br>1140 Ave of the Americas<br>New York, NY 10036 | Office Lease | Not Assumed |
| 226 WEST BROUGHTON, LLC | C/O Marley Management Company Inc.<br>30 West Broughton Street, St. 203<br>Savannah, GA 31401 | Retail License<br>Savannah Store | Assumed |
| 717 GFC LLC | C/O Wharton Properties<br>500 Fifth Ave<br>New York, NY 10110 | Retail License<br>New York Store | Assumed |
| A TOUCH OF CLASS | 4921 16th Avenue<br>Brooklyn, NY 11204 | Purchase of Product | Assumed |
| A-1 OFFICE SERVICES MANAGEMENT | 2226 Morris Ave<br>Union, NJ 07083 | Employee Leasing | Assumed |
| ADT SECURITY SERVICES | One Town Ctr Rd<br>Boca Raton, FL 33486 | Alarm Monitoring | Assumed |
| AIR STREAM AIR CONDITIONING CORP. | 245 Newtown Rd Ste 305<br>Plainview, NY 11803 | HVAC Maintenance | Assumed |
| ALEXANDRAS OF BRIGHTON | 2209 Monroe Drive<br>Rochester, NY 14618 | Purchase of Product | Assumed |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 200 Vesey St<br>New York, NY 10285 | Credit Card Acceptance Contract | Assumed |
| | | Participation in Promotional Programs Contract (Gift Certificates) | Assumed |
| | | Participation in Promotional Programs Contract (Merchant Award Points) | Assumed |
| ARCHIVE SYSTEMS INC. | 39 Plymouth St<br>Fairfield, NJ 07004 | Records Storage | Assumed |
| AT&T | Numerous | Wireless Cellular Service | Assumed |
| AVAYA, INC. | 624 Grand Regency Blvd<br>Brandon, FL 33510 | Telephone Hardware Maintenance | Assumed |
| B W HOTEL LLC | 9500 Wilshire Blvd.<br>Beverly Hills, CA 90212 | Retail Lease<br>Beverly Hills Store | Assumed |
| BAL HARBOUR SHOPS LLP | 9700 Collins Ave<br>Bal Harbour, Fl 33154 | Retail Lease<br>Bal Harbour Store | Assumed |
| BANK OF AMERICA LEASING AND CAPITAL, LLC | P.O. Box 7028<br>Troy, MI 48007 | Office Equipment Lease | Not Assumed[1] |
| BANK OF AMERICA, N.A. | Capital Markets Servicing Group<br>Mail Code: NC1-02606-01<br>900 West Trade Street, Suite 650<br>Charlotte, NC 28255 | SNDA (Office Space Lease) | Assumed |
| | | SNDA (Naples Store Lease) | Assumed |
| BILTMORE SHOPPING CENTER PARTNERS LLC | 2502 East Camelback Road<br>Phoenix, AZ 85016 | Retail Lease<br>Biltmore Store | Assumed<br>as Amended |
| BINNS FASHION SHOP | 435 Duke of Gloucester St.<br>Williamsburg, VA 23185 | Purchase of Product | Assumed |
| BLOOMINGDALE'S | 919 Third Ave.<br>New York, NY 10022 | Purchase of Product | Assumed |
| BLOOMINGDALE'S INC. | C/O Macy's Corporate Services<br>2101 East Kemper Road<br>Cincinnati, OH 45241 | Consignment | Assumed |
| BOYDS | 1818 Chestnut Street<br>Philadelphia, PA 19103 | Purchase of Product | Assumed |
| BPCM LA | 169 North Wetherly Dr.<br>Beverly Hills, CA 90211 | Brand Representation in Respect of Celebrities and Editorial Coverage | Assumed |
| C & F LUXURY CARS LLC | 1820 Bartow Ave<br>Bronx, NY 10469 | Chauffer Services | Assumed |

---

[1] The Bank of America Leasing & Capital, LLC copy machine leases terminated prior to the Closing.

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| CERTEGY CHECK SERVICES, INC. | 11601 Roosevelt Blvd.<br>St. Petersburg, FL 33716 | Check Verification Services | Assumed |
| CHICAGO OFFICE TECHNOLOGY GROUP | 4 Territorial Court, Suite S<br>Bolingbrook, IL 60440 | Copier Lease | Not Assumed |
| CLEAN NET | 800 W. Airport Freeway, Suite 720<br>Irving, TX 75062 | Cleaning Services | Assumed |
| CLUB & COUNTRY LTD | 57 Hillside Ave.<br>Manhasset, NY 11030 | Purchase of Product | Assumed |
| CORPORATE REAL ESTATE SERVICES, INC. | 60 Monmouth Park Hwy<br>West Long Branch, NJ 07764 | Lease Administration Services | Assumed |
| COUNTRY CLUB CASUALS | 812 49th Ave. SW<br>Calgary AB T2S1G9<br>Canada | Purchase of Product | Assumed |
| CPG HOUSTON HOLDINGS, LP | C/O Chelsea Property Group<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Retail License<br>Houston Store | Assumed |
| CPG PARTNERS, L.P. | C/O Chelsea Property Group Inc<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | Retail Lease<br>Woodbury Commons Store | Assumed |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 Old Eagle School Rd<br>Wayne, PA 19087 | Office Equipment Lease | Assumed |
| | | Office Equipment Lease | Assumed |
| DILLARDS DEPARTMENT STORES, INC. | 4501 North Beach Street<br>Ft. Worth, TX 76137 | Purchase of Product | Assumed |
| DISCOVER MUSIC NETWORK | P.O. Box 30394<br>Salt Lake City, UT 84130 | Credit Card Acceptance | Assumed |
| DMX MUSIC, INC. | 11400 W. Olympic Blvd., Suite 1100<br>Las Angeles, CA 90064 | Music Subscription Service | Assumed |
| EL PASEO COLLECTION NORTH | 73 061 El Paseo St., 200<br>Palm Desert, CA 92260 | Retail Lease<br>Palm Desert Store | Assumed |
| ELLAS CLOTHES CLOSET | 4070 200th Street West<br>Langley, BC V3A1K9<br>Canada | Purchase of Product | Assumed |
| FASHION LOGISTICS, INC | 45 Enterprise Avenue<br>Secaucus, NJ 07094 | Product Storage and Distribution Services | Assumed |
| FASHION OUTLETS OF NIAGARA, LLC | C/O The Talisman Companies<br>4000 Ponce De Leon Blvd Ste 420<br>Coral Gables, FL 33146 | Retail Lease | Assumed |
| | | Niagara Falls Store | Assumed |
| FEINSTEINS | 5600 Kavanaugh Blvd.<br>Little Rock, AR 72207 | Purchase of Product | Assumed |
| FIFTH AVENUE OF LONG ISLAND REALTY | American Manasset<br>2110 Northern Blvd<br>Manhasset, NY 11030 | Retail Lease - Manhasset Store | Assumed as Amended |
| | | Advertising Placement (Circular) | |
| | | Event Participation | Assumed |
| FIRST QUALITY MAINTENANCE | 70 West 36th St<br>New York, NY 10018 | Office Cleaning Services | Assumed |
| FIRST VERMONT BANK AND TRUST COMPANY (N/K/A TD BANK, N.A.) | 58 Bonner Street<br>Manchester, VT 05255 | SNDA (Manchester Store Lease) | Assumed |
| FISHER CORP MISS J DPT. 26 | 1974 Utica Square<br>Tulsa, OK 74114 | Purchase of Product | Assumed |
| FORUM SHOPS, LLC | National City Center<br>115 West Washington St.<br>Indianapolis, IN 46204 | Retail Lease<br>Las Vegas Store | Assumed |
| G G META CORP GIULIANA | 1485 East Valley Road<br>Montecito, CA 93108 | Purchase of Product | Assumed |
| GARMANY OF RED BANK INC | 121 Broad St.<br>Redbank, NJ 07701 | Purchase of Product | Assumed |
| GAZEBO LTD | 107 Reynold Village<br>Winston Salem, NC 27106 | Purchase of Product | Assumed |
| GENERAL ELECTRIC CAPITAL CORPORATION | 1961 Hirst Drive<br>Moberly, MO 65270 | Office Equipment Lease | Not Assumed |
| GENERAL INFORMATION SERVICES | P.O. Box 353<br>Chapin, SC 29036 | Employee Screening Services | Assumed |
| GGP ALA MOANA, LLC | 1585 Kapiolani Blvd Ste 800 | Retail Lease - Hawaii Store | Assumed |

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| | Honolulu, HI 96814 | Storage Space Agreement | Assumed |
| GISELLE SPORTSWEAR INC | 143 Orchard Street<br>New York, NY 10002 | Purchase of Product | Assumed |
| GRANT MCCARTHY GROUP, LLC | 777 Westchester Ave., St. 201<br>White Plaints, NY 10604 | Tax Consulting Services | Assumed |
| GRUEN ASSOCIATES | 6330 San Vicente Blvd Ste 200<br>Los Angeles, CA 90048 | Architectural Services | Not Assumed |
| GUS MAYER | 604 Brookwood Village<br>Birmingham, AL 35209 | Purchase of Product | Assumed |
| HANG CHIH INC IBA | K10 W Valley Blvd. No. 130<br>San Gabriel, CA 91776 | Purchase of Product | Assumed |
| HAWAII MALLS, INC. | 560 North Nimitz Highway, Suite 206 A<br>Honolulu, HI 96817 | Advertising Placement (duratrans) | Assumed |
| HEIDE & COOK | 1714 Kanakanui St.<br>Honolulu, HI 96819 | HVAC Maintenance | Assumed |
| HIGHLAND PARK VILLAGE PARTNERS | 47 Highland Park Village Ste 200<br>Dallas, TX 75205 | Retail Lease - Highland Park Village | Assumed |
| HS ASSET MANAGEMENT GROUP | 5105 Paulsen St Ste 200A<br>Savannah, GA 31405 | Project Management Services | Assumed |
| IBM CORP. | 1 New Orchard Rd<br>Armonk, NY 10504 | Hardware & Software Maintenance | Assumed |
| IDHASOFT, INC. | 5655 Peachtree Pkwy Ste 200<br>Norcross, GA 30092 | Software Maintenance | Assumed |
| IMPERIAL COMMERCIAL CLEANING | 19390 Collins Ave Ste 504<br>Sunny Isles, FL 33160 | Cleaning Services | Assumed |
| JACOBSON STORES INC. | 329 N Park Avenue Ste No. 101<br>Winter Park, FL 32789 | Purchase of Product | Assumed |
| JEAN HUTCHINSON INC. | 51 East Putnam Ave.<br>Greenwich, CT 06830 | Purchase of Product | Assumed |
| JEAN WYMAN LTD. | 2901 Clint Moore Rd., No. 102<br>Boca Raton, FL 33496 | Purchase of Product | Assumed |
| JEFFERY KONG | Sebastian Platz 9<br>Munchen 80333, Germany | Employment Agreement | Not Assumed |
| JOE BRAND INC. | 5300 San Dario Ave.<br>Laredo, TX 78041 | Purchase of Product | Assumed |
| JOHN B MALOUF INC. | 8201 Quaker Ave., No. 106<br>Lubbock, TX 79424 | Purchase of Product | Assumed |
| JONES & JONES | 4500 North 10th St., Suite 90<br>McAllen, TX 78504 | Purchase of Product | Assumed |
| JULIAN GOLD AUSTIN | 1214 West 6th St.<br>Austin, TX 78703 | Purchase of Product | Assumed |
| JULIAN GOLD CORPUS CHRISTI | 3840 South Alameda<br>Corpus Christi, TX 78411 | Purchase of Product | Assumed |
| JULIAN GOLD MIDLAND | 2101 West Wadley Suite 16<br>Midland, TX 79705 | Purchase of Product | Assumed |
| JULIAN GOLD SAN ANTONIO | 4109 McCullough<br>San Antonio, TX 78212 | Purchase of Product | Assumed |
| JULIE PHILLIPS ASSOC INC. | 1180 08 Uptown Park Blvd.<br>Houston, TX 77056 | Purchase of Product | Assumed |
| LA CHIC | 315 8th Ave. SW<br>No. 252 Bankers Hall<br>Calgary AB T2P4K1<br>Canada | Purchase of Product | Assumed |
| LEIGHS OF WEST MICHIGAN | 1942 Breton Road SE<br>Grand Rapids, MI 49506 | Purchase of Product | Assumed |
| LOOK FOR FASHIONS INC. | 8733 Countryside Plaza<br>Omaha, NE 68114 | Purchase of Product | Assumed |
| LVP ST. AUGUSTINE OUTLETS LLC | C/O Prime Retail LP<br>217 Redwood Street<br>Baltimore, MD 21202 | Retail License<br>St. Augustine Store | Assumed |
| LYNDONS | 2000 N. Rock Rd., Suite 130<br>Wichita, KS 67206 | Purchase of Product | Assumed |
| MAISON WEISS INC. | 4500 Interstate 55 North<br>Jackson, MS 39211 | Purchase of Product | Assumed |

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| MARHEN CLEANING, INC. | PO Box 564603<br>College Point, NY 11356 | Cleaning Services | Assumed |
| MARIOLA | 916 Corydon Ave.<br>Winnepeg MB R3M0Y5<br>Canada | Purchase of Product | Assumed |
| MARSHS | 270 Main St.<br>Huntington, NY 11743 | Purchase of Product | Assumed |
| MARTI | 16 8 West King St.<br>Lancaster, PA 17603 | Purchase of Product | Assumed |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | Attn: Mortgage Loan Administration Real Estate Finance Group<br>1500 Main Street, Suite 2100<br>Springfield, MA 01115 | SNDA (Phoenix Store Lease) | Assumed |
| MEGAPATH INC. | 555 Anton Blvd Ste 200<br>Costa Mesa, CA 92626 | Internet Service Provider | Assumed |
| MENEHUNE WATER COMPANY, INC. | 99-1205 Halawa Valley St<br>Aiea, HI 96701 | Water Cooler Lease | Assumed |
| MICROFOCUS | 400 Interstate parkway, Suite 1650<br>Atlanta, GA 30339 | Software Maintenance | Assumed |
| MILANO HANDBAG & LUGGAGE | 928 S Western Ave. No. 211<br>Los Angeles, CA 90006 | Purchase of Product | Assumed |
| MIRAMAR OUTLET WEST, LLC | 10801 Corkscrew Rd. Suite 305<br>Estero, FL 33928 | Retail Lease<br>Miramar Store | Assumed |
| MITCHELLS | 670 Post Rd. East<br>Westport, CT 06880 | Purchase of Product | Assumed |
| MR OOLEYS INC. | 1901 N W Expressway, Suite 1023<br>Oklahoma City, OK 73118 | Purchase of Product | Assumed |
| MUTUAL CENTRAL ALARM SERVICES, INC. | 10 West 46th St<br>New York, NY 10036 | Alarm Monitoring Services at NJ Store | Assumed |
| | | Alarm Monitoring, Card Access and CCTV Services at Corporate Office | |
| NANONATION, INC. | 301 South 13th St., No. 700<br>Lincoln, NE 68508 | Digital Monitor Maintenance | Assumed |
| NATURE'S BEST | 900 Manatee Way<br>Hollywood, FL 33019 | Water Cooler Lease | Not Assumed |
| NEIMAN MARCUS, INC. | One Marcus Square<br>1618 Main St<br>Dallas, TX 75201 | Purchase of Product | Assumed |
| | | DSA Support Agreement | |
| NEW EDGE NETWORK | 3000 Columbia House Blvd., Suite 106<br>Vancouver, WA 98661 | Internet Service Provider | Not Assumed |
| NPA COMPUTERS, INC. | 751 Coates Ave<br>Holbrook, NY 11741 | Hardware Maintenance | Assumed |
| NYC PRIME REALTY INC. | 500 Fifth Ave.<br>New York, NY 10110 | Real Estate Broker Services | Not Assumed |
| OAK HALL INC. | 6150 Poplar Ave.<br>Memphis, TN 38119 | Purchase of Product | Assumed |
| ORLANDO OUTLET OWNER LLC | C O Prime Realty Property Management LLC<br>217 E. Redwood St.<br>Baltimore, MD 21202 | Retail Lease | Assumed |
| PALM BEACH CAPITAL MANAGEMENT, INC. | 73-811 El Paseo<br>Palm Desert, CA 92260 | Retail Lease<br>Palm Desert Store | Not Assumed |
| PASEO ESCADA LLC | 9 Point Loma Dr.<br>Corona Del Mar, CA 92625 | Retail Lease<br>Palm Desert Store | Assumed as Amended |
| PAYMENTECH, L.P. | 1601 Elm St.<br>Dallas, TX 75201 | Credit Card Processing Services | Assumed |
| PITNEY BOWES MANAGEMENT | Pitney Bowes<br>1019 Waimanu St No 104<br>Honolulu, HI 96814 | Postage Meter Lease | Assumed |
| PITNEY BOWES CREDIT CORPORATION | Pitney Bowes Purchase Power<br>27 Waterview Dr<br>Shelton, CT 06484 | Office Equipment Lease | Assumed |

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| PLAYNETWORK, INC. | Playnetwork, Inc<br>8727 148th Ave NE<br>Redmond, WA 98052 | Music Subscription Service | Assumed |
| POTAMKIN CADILLAC | 798 11th Avenue<br>New York, NY 10019 | Motor Vehicle Lease | Assumed |
| PRIME MARKETS AT SAN MARCOS II LIMITED PARTNERSHIP | 217 East Redwood Street<br>Baltimore, MD 21202 | Retail Lease | Assumed |
| PROTECTION ONE | P.O. Box 49292<br>Wichita, KS 67201-9292 | Alarm Monitoring at Palm Desert Store | Assumed |
| QUENCH USA | 517 Commerce St.<br>Franklin Lakes, NJ 07417 | Water Cooler Rental | Assumed |
| RAYMARK XPERT BUSINESS SYSTEMS INC. | 8000 Decarie Blvd. Suite 200<br>Montreal, QU H4P2S4<br>Canada | POS Hardware Maintenance | Assumed |
| RECALL NORTH AMERICA | 180 Technology Parkway<br>Norcross, GA 30092 | Data Storage | Assumed |
| RICHARDS OF GREENWICH | 359 Greenwich Ave.<br>Greenwich, CT 06830 | Purchase of Product | Assumed |
| RONALD M DRUKER & DAVID C BELL, as TRUSTEES OF THE HERITAGE COMMERCIAL REALTY TRUST | C O The Druker Company Ltd<br>50 Federal Street<br>Boston, MA 02110 | Retail Lease<br>Boston Store | Assumed |
| ROSENTHAL FURS INC. | 341 Town Square Main St.<br>Highlands, NC 28741 | Purchase of Product | Assumed |
| ROYAL BANK OF SCOTLAND | Attn: Mortgage Loan Department<br>C/O Greenwich Capital Financial Products Inc.<br>600 Steamboat Road<br>Greenwich, CT 06830 | SNDA (New York Store Lease) | Assumed |
| SAKS FIFTH AVENUE | 12 East 49th St. 9th Floor<br>New York, NY 10017 | Purchase of Product | Assumed |
| | | Purchase of Support | |
| SAKS JANDEL M.D. | 5510 Wisconsin Ave.<br>Chevy Chase, MD 20815 | Purchase of Product | Assumed |
| SAWGRASS MILLS PHASE IV | C/O The Mills Corporation<br>1300 Wilson Blvd. St. 400<br>Arlington, VA 22209 | Retail Lease<br>Sawgrass Mills Store | Assumed |
| SCHINDLER ELEVATOR CORPORATION | 20 Whippany Rd<br>Morristown, NJ 07962-1935 | Elevator Maintenance | Assumed |
| SECAUCUS OUTLET ASSOCIATES, LLC | C/O Foxwood Realty Services LLC<br>55 Hartz Way<br>Secaucus, NJ 07094 | Retail Lease<br>Secaucus Outlet Store | Assumed |
| SECOND HORIZON GROUP LIMITED PARTNERSHIP | C/O Prime Retail LP<br>217 East Redwood St.<br>Baltimore, MD | Retail License | Assumed |
| SHARED TECHNOLOGY | 1405 South Beltline Rd.<br>Coppell, TX 75019 | Hardware Maintenance | Assumed |
| SHERWOODS INC | 101 1st Ave. SW, Suite 16<br>Rochester, MN 55902 | Purchase of Product | Assumed |
| SHIFT4 CORPORATION | 1491 Center Crossing Rd.<br>Las Vegas, NV 89144 | Credit Card Processing Services | Assumed |
| SONITROL OF HAWAII LLC | 1724 Hart St<br>Honolulu, HI 96819 | Alarm Monitoring at Honolulu Store | Assumed |
| SOUTH COAST PLAZA | 3333 Bristol St<br>Costa Mesa, CA 92626 | Retail Lease<br>Costa Mesa Store<br>Storage Space Lease | Assumed<br>as Amended |
| SOUTHWEST SIGN COMPANY | 1611 Jenks Dr<br>Corona, CA 92880 | Purchase of Signage | Assumed |
| SPECTRA LOGIC CORPORATION | 1700 North 55th St.<br>Boulder, CO 80301 | Hardware Maintenance | Assumed |
| STANLEY KORSHAK | 500 Crescent Court, Suite 100<br>Dallas, TX 75201 | Purchase of Product | Assumed |

| COUNTERPARTY | ADDRESS | DESCRIPTION | DESIGNATION |
|---|---|---|---|
| STERLING COMMERCE, INC. | 4600 Lakehurst Ct. Dublin, OH 43016 | Software Maintenance | Assumed |
| STYD, LP | C/O U.S. Equities Realty 20 North Michigan Ave. Chicago, IL 60602 | Retail Sublease | Not Assumed [2] |
| SUNGARD RECOVERY SERVICES LP | 1285 Drummers Lane Wayne, PA 19087 | Data Back-Up and Recovery Services | Not Assumed |
| SYNCSORT | 50 Tice Blvd. Woodcliff Lake, NJ 07677 | Software Maintenance | Assumed |
| TAX FREE SHOPPING | 1030 NorthPark Center Dallas, TX 75225 | Sales Tax Refund Service | Assumed |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA | Attention: Director, Portfolio Management 730 Third Avenue New York, New York 100 17 Mortgage and Real Estate Application #: MA-445 Mortgage #I: M-0004 16000 | SNDA (Boston Store Lease) | Assumed |
| THE PORCUPINE LTD. | PO Box 5465 The Village at Wexford E4 Hilton Head, SC 29928 | Purchase of Product | Assumed |
| TRES MARIPOSAS | 5857 North Mesa El Paso, TX 79912 | Purchase of Product | Assumed |
| TRUSTEES OF ARLINGTON BOYLSTON REALTY TRUST | c/o The Druker Company Ltd. 50 Federal Street Suite 1000 Boston, MA  02110 | Retail Store Boston Store | Assumed |
| TOWN OF MANCHESTER, VERMONT | P.O. Box 909 Manchester Center, Vermont 05255 | Nondisturbance Agreement (Manchester Store Lease) | Assumed |
| UNITED OVERSEAS BANK LIMITED | Attn: Senior Vice President and General Manager 777 South Figueroa Street Los Angeles, CA 90017 | SNDA (Beverly Hills Store) | Assumed |
| UNITED PARCEL SERVICE, INC. | Senior Account Executive 47 Hartz Way Secaucus, NJ 07094 | Carrier Agreement | Assumed |
| U S EQUITIES REALTY, INC. | 20 North Michigan Ave., Suite 400 Chicago, IL 60602 | Retail Lease Chicago Store | Assumed as Amended |
| VANDERBILT MPD CORP. | 1601 Depot St Manchester Center, VT  05255 | Retail Lease – Manchester Center Store | Assumed |
| VERIZON WIRELESS | HQ-Legal Contract Administration One Verizon Way Basking Ridge, NJ 07920 | Wireless Cellular Service Agreement | Assumed |
| WAVE2WAVE, NEW YORK, INC. | 433 Hackensack Ave Hackensack, NJ  07601 | Internet Access Provider | Assumed |
| WORTH – PONDFIELD LLC | 97 77 Queens Blvd. Suite 710 Rego Park, NY 11374 | Retail Lease | Assumed |
| ZITA INC. | 211 E. Silver Spring Dr. Whitefish Bay, WI 53217 | Purchase of Product | Assumed |

---

[2] The STYD, LP sublease was terminated pursuant to an amendment of the primary lease prior to the Closing.