UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                              :   Chapter 11
                                                    :
EUSA LIQUIDATION INC.,                              :   Case No. 09-15008 (SMB)
(f/k/a Escada (USA) Inc.)                           :
                                                    :
                        Debtor.                     :
                                                    :
------------------------------------------------------------------ X

# NOTICE OF DISCLOSURE STATEMENT HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

     a.    On March 26, 2010, the above-captioned debtor and debtor-in-possession (the "Debtor") filed: (a) the Joint Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code by the Debtor and the Official Committee of Unsecured Creditors, dated March 26, 2010 (as it may be amended or modified, the "Plan") [Docket No. 296]; and (b) a related Disclosure Statement (as it may be amended or modified, the "Disclosure Statement") [Docket No. 297] under section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

     b.    A hearing to consider the approval of the Disclosure Statement (the "Disclosure Statement Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Court Judge, in Room 723 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on April 29, 2010 at 10:00 a.m. (prevailing Eastern Time).

     c.    Objections to approval of the Disclosure Statement or proposed modifications to the Disclosure Statement, if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or proposed modification and provide the specific language of any proposed modification, where possible; and (d) be filed with the Bankruptcy Court and served so that they are received **no later than 4:00 p.m., Eastern Time, on April 26, 2010**, by the parties identified below:

- counsel to the Debtor, O'MELVENY & MYERS, LLP, Times Square Tower, 7 Times Square, New York, New York 10036, Attn.: Gerald C. Bender, Esq.;

- the OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT OF NEW YORK, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Elisabetta G. Gasparini, Esq.; and

- counsel to the Official Committee of Unsecured Creditors, OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C., 230 Park Avenue, New York, New York 10169, Attn.: Melanie L. Cyganowski, Esq.

Failure to file a timely written objection may result in a waiver of such objection.

        d.      In accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, requests for copies of the Disclosure Statement and the Plan by parties in interest may be made in writing to O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, Attn.: Gerald C. Bender, Esq. Copies of the Plan, the Disclosure Statement (with exhibits as they are filed with the Court) and the Order Implementing Certain Notice, Case Management and Administrative Procedures [Docket No. 39] are available for review, without charge, upon written request to counsel to the Debtor, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, Attn.: Gerald C. Bender, Esq. Further, copies of the Disclosure Statement and Plan are available online at www.kccllc.net/escada or on file with the Court at http://www.nysb.uscourts.gov.

        e.      THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY THE COURT.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

    f.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

| | |
|---|---|
| New York, New York<br>Dated: March 31, 2010 | Respectfully submitted,<br><br>/s/ Gerald C. Bender<br>O'MELVENY & MYERS LLP<br>Gerald C. Bender, Esq.<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>Attorneys for Debtor and Debtor-in-Possession |